

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PARADISA HOMES, LLC, and ELITE HEATING & AIR CONDITIONING, LLC, | § | No. 08-25-00017-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 201st District Court |
| v. | | |
| | § | of Travis County, Texas |
| FRANK BUCHER and VANESSA BUCHER, | § | (TC# D-1-GN-24-003979) |
| Appellees. | | |
| | § | |

## J U D G M E N T

The voluntary dismissal agreement signed by Appellants Paradisa Homes, LLC and Elite Heating & Air Conditioning, LLC, and Appellees Frank Bucher and Vanessa Bucher, has been considered by the Court. The Court grants the motion. We set aside the judgment of the trial court without regard to the merits, and we remand the case to the trial court for rendition of an agreed order to compel binding arbitration in accordance with the parties' agreement. Costs are taxed against Paradisa Homes, LLC and Elite Heating & Air Conditioning, LLC. We further order that mandate be issued immediately and that this decision be certified below for observance.

IT IS SO ORDERED this 24th day of February 2025.


GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.